**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN THE MATTER OF: SUNNYSLOPE HOUSING LIMITED PARTNERSHIP, *Debtor*, | No. 12-17241 |
| | D.C. No. 2:11-cv-02579-HRH |
| FIRST SOUTHERN NATIONAL BANK, *Plaintiff-Appellant*, | |
| v. | |
| SUNNYSLOPE HOUSING LIMITED PARTNERSHIP, *Defendant-Appellee.* | |

| | |
|---|---|
| IN THE MATTER OF: SUNNYSLOPE HOUSING LIMITED PARTNERSHIP, *Debtor*, | No. 12-17327 |
| | D.C. No. 2:11-cv-02579-HRH |
| SUNNYSLOPE HOUSING LIMITED PARTNERSHIP, *Plaintiff-Appellant*, | |
| v. | |
| FIRST SOUTHERN NATIONAL BANK, *Defendant-Appellee.* | |

IN THE MATTER OF: SUNNYSLOPE
HOUSING LIMITED PARTNERSHIP,
*Debtor*,

FIRST SOUTHERN NATIONAL BANK,
*Plaintiff-Appellant*,

v.

SUNNYSLOPE HOUSING LP,
*Defendant-Appellee.*

No. 13-16164

D.C. No.
2:12-cv-02700-HRH

IN THE MATTER OF: SUNNYSLOPE
HOUSING LIMITED PARTNERSHIP,
*Debtor*,

SUNNYSLOPE HOUSING LP,
*Plaintiff-Appellant*,

v.

FIRST SOUTHERN NATIONAL BANK,
*Defendant-Appellee.*

No. 13-16180

D.C. No.
2:12-cv-02700-HRH

ORDER

Filed April 21, 2016

Before: Alex Kozinski, Richard A. Paez,
and Richard R. Clifton, Circuit Judges.

**ORDER**

The slip opinion filed on April 8, 2016, is hereby amended as follows:

1. On page 6 of the slip opinion, line 4, change <section 1325(a)(5)(B) of the Code>  to <section 1129(b) of the Code>.

2. On page 11 of the slip opinion, lines 6–7, change <11 U.S.C. § 1325(a)(5)(B)> to <11 U.S.C. § 1129(b)>.

3. On page 25 of the slip opinion, lines 1–7, change <Under section 1325(a)(5) of the Code, a plan's treatment of a secured claim can be confirmed if one of three conditions is satisfied: the creditor accepts the plan, the debtor surrenders the property, or the debtor invokes the cram down power. *Rash*, 520 U.S. at 957.> to <Under section 1129(b) of the Code, a plan can be confirmed even without the consent of all impaired classes of creditors if the debtor invokes the cram down power.>.

With these amendments, the petition for panel rehearing is **DENIED** as moot. Future petitions for panel rehearing and rehearing en banc may be filed from this Order.